# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 4, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Antonio Benjamin Martinez, aka Muhammad Hussain
v. United States
No. 23-7135
(Your No. 23-6874)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 25, 2024 and placed on the docket April 4, 2024 as No. 23-7135.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst